David L. Fiol [SBN 203546]
Email: dfiol@bfplawyers.com
Nathaniel M. Leeds [SBN 246138]
Email: nleeds@bfplawyers.com
Brent, Fiol & Pratt LLP
1000 Fourth Street, Ste. 750
San Rafael, California 94904
Telephone:     (415) 839-8370
Attorneys for Plaintiff Kris Teplin

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS TEPLIN,<br><br>    Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA, WENDI JOINER and STANLEY EMMOTT,<br><br>    Defendants. | CASE NO. 4:17-cv-2445-HSG<br><br>**STIPULATION AND ORDER TO CONSOLIDATE HEARING DATES** |

WHEREAS, the following matters are all separately set before this Court and the parties agree could be heard simultaneously:

- August 8, 2017 at 2:00 p.m.:  Case Management Conference

- August 24, 2017 at 2:00 p.m.: Wendi Joiner's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can BE Granted, Pursuant to Rule 12(b)(6).

- August 31, 2017 at 2:00 p.m.: The United States of America's Motion Pursuant to Rule 12(b)(1) to Dismiss Plaintiff's supervisor-negligence allegations in the First, Second, and Third Causes of Action and Motion Pursuant to Rule 12(b)(6) to Dismiss Plaintiff's Second Cause of Action.

WHEREAS, the parties agree that the Case Management Conference will be more productive after resolution of the issues set forth in the pending Rule 12(b) motions.

THEREFORE, the undersigned stipulate and jointly move this court to reset all pending hearings so that they may be heard on August 31st at 2:00 p.m., or at whatever time thereafter is convenient for the Court.

DATED: July 24, 2017      BRENT, FIOL & PRATT LLP

By: /s/
David L. Fiol
*Attorneys for Plaintiff Kris Teplin*

DATED: July 24, 2017      HINSHAW, MARSH, STILL & HINSHAW LLP

By: /s/
Scott Kanter, Esq.
*Attorneys for Defendant Wendi Joiner M.D.*

Dated: July 24, 2017      BRIAN J. STRETCH
United States Attorney

By: /s/
Michelle Lo
*Assistant United States Attorney*
*Attorneys for the United States of America*

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT ALL PENDING MOTION AND HEARING DATES AND CASE MANAGEMENT CONFERENCE BE RESET TO BE HEARD ON** 8 / 31 / 2017 **at** 2:00 ~~(a.m.~~/p.m.). An initial case management statement shall be filed seven days prior to the case management conference.

Date: 7/31/2017

By: *[signature]*
Hon. Haywood S. Gilliam, Jr.
United States District Judge