1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  MICHELLE LO (NYBN 4325163)
   Assistant United States Attorney
4        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
5        Telephone: (415) 436-7180
         Facsimile:  (415) 436-6748
6        Michelle.Lo@usdoj.gov

7  Attorneys for UNITED STATES OF AMERICA

8                        UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                            OAKLAND DIVISION

11

12  KRIS TEPLIN,                          )  Case No. 17-2445-HSG
                          Plaintiff,      )
13                                        )  **STIPULATION TO CONTINUE**
         v.                               )  **MOTIONS HEARING AND CASE**
14                                        )  **MANAGEMENT CONFERENCE AND**
    THE UNITED STATES OF AMERICA,         )  **ORDER**
15  WENDI JOINER and STANLEY EMMOTT,      )
                                          )
16                        Defendants.     )
                                          )
17  _____)

18

19

20

21

22

23

24

25

26

27

28

1  Pursuant to Civil Local Rules 6-2 and 7-12, the parties, Plaintiff, Kris Teplin, and Defendants,

2  the United States of America and Wendi Joiner, respectfully submit this stipulation as follows, subject to

3  the approval of the Court:

4      1.      The hearing on the motions to dismiss filed by Defendant Joiner (ECF No. 12) and

5  Defendant United States of America (ECF No. 17) and the initial case management conference were

6  previously set for August 31, 2017.

7      2.      On August 28, 2017, the Court continued the hearing on the pending motions to dismiss

8  and the case management conference to September 14, 2017.  ECF No. 29.

9      3.      Undersigned counsel for the United States of America will be conducting an interview in

10  an under seal *qui tam* action on September 14, 2017, that was scheduled over one month ago and

11  involves counsel traveling from out of state.  The interview is anticipated to last the entire day.  In light

12  of this conflict, undersigned counsel for the United States of America respectfully seeks a one-week

13  continuance of the hearing and case management conference date to September 21, 2017.

14      4.      Should September 21, 2017, not be a convenient date for the Court, the parties note that

15  counsel for Plaintiff will be on travel from September 22, 2017 to October 9, 2017, and will not be

16  available during that time.

17      5.      This change will not alter the date of any event or any deadline already fixed by Court

18  order, other than the date for the motions hearing and the case management conference.

19      IT IS HEREBY STIPULATED, by the parties to the above-captioned action, subject to the

20  approval of the Court, that the hearing on the pending motions to dismiss (ECF No. 12, 17) and the case

21  management conference be continued to September 21, 2017.

22  Dated:  August 29, 2017                    Respectfully submitted,

23                                             BRIAN J. STRETCH
                                               United States Attorney
24
                                                /s/ *Michelle Lo*
25                                             Michelle Lo
                                               Assistant United States Attorney
26                                             *Attorneys for the United States of America*

27

28

STIPULATION TO CONTINUE MOTIONS HEARING AND CASE MANAGEMENT CONFERENCE AND ORDER
C 17-2445-HSG

Dated: August 29, 2017

BRENT, FIOL & PRATT LLP

By: /s/ *Nathaniel M. Leeds*
Nathaniel M. Leeds
*Attorneys for Plaintiff Kris Teplin*

Dated: August 29, 2017

HINSHAW, MARSH, STILL & HINSHAW LLP

By: /s/ *Scott Kanter*
Scott Kanter
*Attorneys for Defendant Wendi Joiner M.D.*

## ECF ATTESTATION

In accordance with Civil Local Rule 5(i)(3), I, Michelle Lo, attest that I have obtained concurrence in the filing of this document from the other signatories listed here.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on the defendants' motions to dismiss (ECF Nos. 12, 17) and the case management conference, previously set for September 14, 2017, are continued to October 12, 2017, at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California.

DATE: August 29, 2017

The Honorable Haywood S. Gilliam, Jr.
United States District Judge