David L. Fiol [SBN 203546]
Email: dfiol@bfplawyers.com
Nathaniel M. Leeds [SBN 246138]
Email: nleeds@bfplawyers.com
BRENT & FIOL, LLP
1000 4th Street, Suite 750
San Rafael, CA 94901
Telephone: (415) 839-8370

Attorneys for Plaintiff KRIS TEPLIN

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS TEPLIN,<br><br>        Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>WENDI JOINER and STANLEY<br>EMMOTT<br><br>        Defendants. | CASE NO. 4:17-cv-2445-HSG<br><br>**STIPULATION FOR DISMISSAL WITH<br>PREJUDICE OF NOMINAL DEFENDANT<br>STANLEY EMMOTT** |

WHEREAS, in this action for wrongful death, decedent Adam Emmott was survived by his

mother, plaintiff Kris Teplin, and his father, nominal defendant Stanley James Emmott, and not by a

spouse or issue, and

WHEREAS, pursuant to California Code of Civil Procedure Section 377.60, in light of the

above an action for wrongful death must be maintained by both the decedent's mother and the

decedent's father, and

WHEREAS, California law permits only one action for wrongful death in which all heirs must

join;

WHEREAS, Stanley James Emmott does not wish to pursue a claim for wrongful death

damages, and

STIPULATION FOR DISMISSAL OF NOMINAL DEFENDANT STANLEY EMMOTT

WHEREAS, Stanley James Emmott was named as a nominal defendant pursuant to California Code of Civil Procedure § 382, and

WHEREAS, Stanley James Emmott wishes to waive any claim he might have for wrongful death damages as a result of the death of his son, Adam Emmott, and be dismissed with prejudice as a party to this case,

THEREFORE, the undersigned, acting pro se or by and through counsel as indicated, stipulate and agree as follows:

(1) Stanley James Emmott does hereby waive any right he has, may have or in the future might have under state or federal law to maintain a cause of action for damages of any kind against any party arising out of the death of his son, Adam Emmott, and

(2) The instant waiver by Stanley James Emmott shall be treated as a dismissal with prejudice of any claim he may have against defendants the United States of America, Wendi Joiner, as well as their employers, insurers and respective subsidiaries and parent corporations, officers, directors, agents, servants, employees, predecessors, successors and assigns, with the understanding that any future claims he may have against defendants for the wrongful death of Adam Emmott will be forever barred by California's one action rule.

(3) Stanley James Emmott shall be dismissed with prejudice as a nominal defendant in this action, with each party to bear its own costs and fees.

(4) The Complaint is deemed amended to remove Stanley James Emmott as a nominal defendant, and any subsequently-filed pleading shall not state or assume that Mr. Emmott is a party to this action.

(5) The dismissal of Stanley James Emmott from this action will not serve as a basis for the remaining defendant(s) to contend that this action cannot be maintained by the plaintiff for her failure to join a necessary party.

DATED: February ~~7~~ , 2018        BRENT & FIOL, LLP

March

By: _____
David L. Fiol
*Attorneys for Plaintiff Kris Teplin*

STIPULATION FOR DISMISSAL OF NOMINAL DEFENDANT STANLEY EMMOTT

DATED: ~~February~~ March 19, 2018   ALEX G. TSE

Acting United States Attorney


By: /s/ _____
David Pereda
*Assistant United States Attorney*
*Attorney for the United States of America*


DATED: February ___, 2018    HINSHAW, MARSH, STILL & HINSHAW LLP


By: _____
Barry Marsh, Esq.
*Attorneys for Defendant Wendi Joiner M.D.*


DATED: February 20th, 2018

By: _____
Stanley James Emmott, Pro Se


**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Stanley James Emmott is

dismissed from this action with prejudice. The Complaint is deemed amended to remove Stanley

James Emmott as a nominal defendant. The Clerk of the Court is directed to update the docket sheet in

this matter and the files of the Court accordingly.


Dated:


By: _____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

STIPULATION FOR DISMISSAL OF NOMINAL DEFENDANT STANLEY EMMOTT

DATED: February ___, 2018

ALEX G. TSE

Acting United States Attorney

By:_____
    David Pereda
    *Assistant United States Attorney*
    *Attorney for the United States of America*

DATED: ~~February~~ March 19, 2018

HINSHAW, MARSH, STILL & HINSHAW LLP

By:_____
    Barry Marsh, Esq.
    *Attorneys for Defendant Wendi Joiner M.D.*

DATED: February 20th, 2018

By:_____
    Stanley James Emmott, Pro Se

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Stanley James Emmott is dismissed from this action with prejudice. The Complaint is deemed amended to remove Stanley James Emmott as a nominal defendant. The Clerk of the Court is directed to update the docket sheet in this matter and the files of the Court accordingly.

Dated:   3/20/2018

By:_____
    Hon. Haywood S. Gilliam, Jr.
    United States District Judge

STIPULATION FOR DISMISSAL OF NOMINAL DEFENDANT STANLEY EMMOTT