David L. Fiol [SBN 203546]
Email: dfiol@brentfiol.com
Nathaniel M. Leeds [SBN 246138]
Email: nleeds@brentfiol.com
BRENT & FIOL, LLP
1000 Fourth Street, Suite 750
San Rafael, CA 94901
Telephone: (415) 839-8370

Attorneys for Plaintiff KRIS TEPLIN

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS TEPLIN, <br><br> Plaintiff, <br><br> vs. <br><br> THE UNITED STATES OF AMERICA, WENDI JOINER and STANLEY EMMOTT <br><br> Defendants. | CASE NO. 17-CV-2445-HSG <br><br> **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

**TO THE HONORABLE COURT:**

WHEREAS, plaintiff and defendant THE UNITED STATES OF AMERICA have engaged in meaningful settlement discussions and have reached a settlement of all claims, and,

WHEREAS, plaintiff no longer wishes to continue pursuing her claims against the remaining party defendant, WENDY JOINER, therefore,

The parties, by and through their respective counsel of record hereby respectfully request that this action be DISMISSED WITH PREJUDICE in its entirety, with each party to the action to bear their own costs and attorneys' fees.

///

///

| | | |
|---|---|---|
| DATED: November 19, 2018 | | BRENT & FIOL, LLP |

By: _____/s/_____
David L. Fiol
*Attorneys for Plaintiff Kris Teplin*

DATED: November 19, 2018    UNITED STATES DEPARTMENT OF JUSTICE

By: _____/s/_____
Neill T. Tseng
*Assistant United States Attorney*
*Attorney for the United States of America*

DATED: November 19, 2018    HINSHAW, MARSH, STILL & HINSHAW LLP

By: _____/s/_____
Barry Marsh, Esq.
*Attorneys for Defendant Wendi Joiner M.D.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: ___1/11/2019___

By: *[signature]*
Hon. Haywood S. Gilliam, Jr.
United States District Judge